UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM THOMAS HUSSEY,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DAVID LONG, WARDEN,<br><br>　　　　Respondent. | Case No. EDCV 13-0302-AG (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered DENYING THE Petition and dismissing this action with prejudice.

Dated: March 30, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE