JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM THOMAS HUSSEY, | ) Case No. EDCV 13-0302-AG (DTB) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| DAVID LONG, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: March 30, 2014

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE